# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             NO.  4:98cr00066-003 SWW

ROBERT MARION TREECE

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions[1] are granted, and the supervised release previously granted this defendant shall be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the Bureau of Prisons to serve a term of imprisonment of ELEVEN (11) MONTHS.  The Court recommends that defendant be incarcerated in the facility located in Forrest City, Arkansas, and that he participate in a residential or non-residential substance abuse treatment program and mental health counseling during incarceration.

There will be no supervised release following defendant's term of imprisonment.

The defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 31st day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docs. #114, #118.